◼ Darlene S. Pelton, Individually and as Guardian of Garret L. Pelton, an Incapacitated Person, Respondent, v State of New York, Appellant. (Claim No. 107111.) (Appeal No. 3.) [796 NYS2d 263]—Appeal from a judgment of the Court of Claims (Richard E. Sise, J.), entered May 4, 2004. The interloc-

utory judgment ordered that a trial on the issue of damages be scheduled.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Clapp v State of New York* [Appeal No. 2] (19 AD3d 1113 [2005]). Present—Pigott, Jr., P.J., Green, Gorski, Pine and Lawton, JJ.